## Ray v. The State.

Appeal from Morgan Circuit Court.
Tried before the Hon. H. C. Speake.

Arthur L. Brown, for appellant.

Charles G. Brown, Attorney-General, for the State.

The appellant was indicted, tried and convicted for obtaining property under false pretenses.
The judgment of conviction is affirmed.